UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTHONY J. ZUK,                                      Civil No. 06-972 (JNE/JSM)

      Plaintiff,

v.                                                         **ORDER**

JO ANNE B. BARNHART,

      Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated May 18, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: June 14, 2006

                                                           s/ Joan N. Ericksen
                                                           JOAN N. ERICKSEN
                                                           United States District Court Judge